UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

3:26-cv-01038

COMPLAINT

JURY DEMAND

TATIANA WILLIAMS

_____
          Plaintiff

-v-

LIVFRESH

_____
Defendant

COMPLAINT FOR FALSE ADVERTISEMENT

I. Jurisdiction and Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, specifically Lanham Act.

2. This court is a proper venue under 28 USC § 1391 because most of the facts occurred in this district.

II. Parties

3. Plaintiff, Tatiana Williams is a citizen of the United States of America.

4. Defendant, Livfresh is a cutting board company selling products online.

III. Statement of Facts

5. On or about April 20, 2026, Plaintiff was subject to misleading and false advertisement of the product purchased and then received.

6. Plaintiff wanted the product that could "remove plaque 250% better, improves gum health 190% better..."

7. Plaintiff received a product that did not hold up to the advertised description which was the only reason Plaintiff purchased the product over another suitable product.

IV. Cause of Action

Count I – False Advertisement (The Lanham Act; Title 15, Chapter 22)

8. Plaintiff incorporates all preceding paragraphs.

9. Defendant provided Plaintiff with false advertisement of the product that constitutes a violation of the Lanham Act.

10. The product would not have been purchased by Plaintiff if for the advertisements that shortly after the return window were proved to be false.

11. As a result Plaintiff suffered financially, emotionally, and physically due to being taken advantage of as a buyer, scammed out of such living appliances that were to be utilized for body care.

V. Damages

Plaintiff seeks compensatory damages, treble damages, punitive damages as allowed by law, and any other relief the Court deems just and proper.

VI. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

2

a. Enter judgment in Plaintiff's favor;

b. Award damages as stated above;

c. Grant injunctive relief if applicable;

d. Award costs and reasonable attorney's fees; and

e. Provide any further relief deemed appropriate.

Respectfully Submitted,

_____      Date   _7/23/26_____

Tatiana Williams, Plaintiff

P.O. Box 291271,
Nashville, TN 37229

(760)626-9719

Tatiana.will22@gmail.com

Pro Se Plaintiff

Verification

I, Tatiana Williams, declare as follows·

1. I am a Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true.

Executed on this 22nd day of July, 2026

Tatiana Williams, Plaintiff